**STATEMENT OF FACTS**

On June 6, 2015, the defendant Michael Johnson entered the Wells Fargo Bank, located at 3325 14th Street, NW, Washington, D.C.   The defendant met with a customer service representative and after a brief conversation the defendant demanded money. The defendant grabbed the customer service representative by the arm, pointed what appeared to be a firearm at her and dragged her toward the teller stations.  The defendant demanded money from the tellers and said that he would shoot the representative and everyone in the bank.  The tellers gave the defendant over $900 in currency and the defendant left the bank. Police officers responded to a silent alarm from the bank and apprehended the defendant several blocks from the bank. The defendant was subsequently identified by the customer service representative as the person who had robbed the bank. Officers placed the defendant under arrest and recovered over $900 from his person.  The defendant was transported to the station where he gave a videotaped statement admitting that he had robbed the bank.  The Wells Fargo Bank is insured by the Federal Deposit Insurance Corporation (FDIC).


_____
DETECTIVE STACEY CAREY
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JUNE, 2015.


_____
U.S. MAGISTRATE JUDGE